Nicholas S. Politis/CA State Bar No. 92978
nicholasp@fdw-law.com
Zachary J. Politis/CA State Bar No. 306310
zackp@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Tel: (562) 435-2626 ▪ Fax: (562) 437-7555

Attorneys for Defendant
Pacific Crane Maintenance Company, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – Western Division

| | |
|---|---|
| APM TERMINALS PACIFIC LLC, | Case No.: 2:15-cv-09835-PA (AGRx) |
| Plaintiff, | |
| vs. | **THIRD-PARTY COMPLAINT OF PACIFIC CRANE MAINTENANCE COMPANY, L.P.** |
| PACIFIC CRANE MAINTENANCE COMPANY, L.P., | **FRCP 14(c)** |
| Defendant. | |
| PACIFIC CRANE MAINTENANCE COMPANY, L.P., | |
| Third-Party Plaintiff, | |
| vs. | |
| BLUE WATER SHIPPING A/S; BLUE WATER SHIPPING U.S., INC.; GREGORY NORDHOLM; ENGINEERED HEAVY SERVICES LLC, | |
| Third-Party Defendants. | |

*FLYNN, DELICH & WISE LLP*
*ATTORNEYS AT LAW*
*One World Trade Center, Suite 1800*
*Long Beach, California 90831-1800*
*(562) 435-2626*

- 1 –

Third-Party Plaintiff Pacific Crane Maintenance Company, L.P. (hereinafter "PCMC"), hereby files its Third-Party Complaint for remedy over, contribution and or otherwise against Blue Water Shipping A/S; Blue Water Shipping U.S., Inc.; Gregory Nordholm; and Engineered Heavy Services LLC ("Third-Party Defendants"). Pursuant to Fed. R. Civ. P. 14(c), PCMC also demands judgement in favor of APM Terminals Pacific LLC ("APMT") against the Third-Party Defendants, and that Third-Party Defendants make their defenses and answers directly to the claims of APMT according to FRCP 14(c)(2).

## I.  JURISDICTIONAL  ALLEGATIONS

1.  This is an action by PCMC against Third-Party Defendants, alleging that each is wholly or partly liable for damages alleged by APMT as an admiralty or maritime claim under Rule 9(h) of the FRCP.  The court has jurisdiction pursuant to 28 U.S.C. § 1333(1) and PCMC designates its claim as an admiralty or maritime claim for purposes of Rule 14(c) and pursuant to Rule 9(h).

## II.  FACTUAL ALLEGATIONS

2.  Third-Party Defendant Blue Water Shipping A/S is, on information and belief, a Danish corporation with its principal place of business in that country.  Its services include planning and executing sea cargo transport projects.

3.  Third-Party Defendant Blue Water Shipping U.S., Inc. is a Delaware corporation with its principal place of business in New Jersey.  Its services include planning and executing sea cargo transport projects.

4.  Third-Party Defendant Gregory Nordholm is an individual, doing business in the state of Washington.  Mr. Nordholm is an engineer and naval architect with a specialization in tug and barge transport projects.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

- 2 –

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

5.      Third-Party Defendant Engineered Heavy Services LLC is a state of Washington limited liability company with its principal place of business in that state.  Its services include providing engineering for tug and barge transport projects.

6.      Third-Party Defendants entered into an Agreement with APMT and/or each other whereby they agreed to load, stow, lash and transport two rubber tire gantry cranes from Tacoma Washington to Los Angeles California. Pursuant to the agreement, Third-Party Defendants designed and engineered the loading process, stowage procedure, and lashing procedure for said ocean transit, in order to secure the cranes and prevent damage during transit.  Third-Party defendants loaded, stowed, lashed and transported the cranes by tug and barge in December of 2014 and Third-Party Defendants' activities in conjunction with their agreement occurred in both Tacoma, Washington and Los Angeles, California.

7.      Upon their arrival in Los Angeles, California, it was discovered that the cranes had not remained secured and had sustained damage during the ocean transit from Tacoma, Washington.

III.      **FIRST CAUSE OF ACTION - NEGLIGENCE**

8.      Third-Party Plaintiff refers to paragraphs 1 through 7, inclusive, and incorporates them herein as if set forth at length.

9.      The damage sustained to the cranes was caused by the acts or omissions of Third-Party Defendants, which included but are not limited to:

a. Negligently loading, stowing, lashing, or transporting the cranes.

b. Negligently designing and engineering the method by which the cranes were secured.

- 3 –

THIRD-PARTY COMPLAINT OF PACIFIC CRANE MAINTENANCE
COMPANY, L.P.                                                2:15-cv-09835- PA (AGRx)

10. This negligence proximately caused the cranes to become unsecured during the ocean transit, leading to the damage to the cranes.

11. APMT claims that damage to the cranes was caused by the breach of contract and negligence of PCMC. Third-Party Defendants are wholly or partially responsible for said damages, which foreseeably resulted from their negligence.

WHEREFORE, Third-Party Plaintiff prays as follows:

1. That, pursuant to FRCP 14(c)(2), Third-Party Defendants make their defenses and answers directly to the claims of Plaintiff APMT under FRCP Rule 12, as if APMT had sued both the third-party defendants and PCMC;

2. That judgment be entered in favor of Plaintiff APMT against Third-Party Defendants for damages;

3. For a declaration of the percentage fault of each of the parties, in accordance with comparative fault principles;

4. For judgment in favor of PCMC against Third-Party Defendants for remedy over, contribution or otherwise;

5. For costs of suit;

6. For all other and further relief as the Court deems just, equitable and proper.

Dated: February 24, 2016                     FLYNN, DELICH & WISE LLP


                                             By:   /s/ Nicholas S. Politis
                                                 Nicholas S. Politis
                                                 Zachary J. Politis
                                                 Attorneys for Defendant and Third-
                                                 Party Plaintiff PACIFIC CRANE
                                                 MAINTENANCE COMPANY, L.P.

- 4 –

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626