**MICHAEL J. STONER**, Bar No. 269152
mstoner@adersonkill.com
**ANDERSON KILL**
864 E. Santa Clara Street
Ventura, California 93001-2939
Tel: (805)288-1300
Fax: (805) 288-1301

**PAMELA D. HANS** *(pro hac vice)*
phans@andersonkill.com
**ANDERSON KILL**
1600 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (267) 216-2700
Fax: (215) 568-4573

**JOSHUA GOLD** *(pro hac vice)*
jgold@andersonkill.com
**ANDERSON KILL**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733

Attorneys for Third-Party Defendants
BLUE WATER SHIPPING U.S., INC. and
BLUE WATER SHIPPING A/S

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APM TERMINALS PACIFIC LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC CRANE MAINTENANCE COMPANY, LP,<br><br>　　　　　　Defendant.<br>_____<br>PACIFIC CRANE MAINTENANCE COMPANY, LP,<br><br>　　　　　Third-Party Plaintiff, | **Case No.: 2:15-cv-09835-PA (AGBx)**<br>*Assigned to Hon. Percy Anderson*<br>*Complaint filed: 12/22/15*<br><br>**THIRD-PARTY DEFENDANTS BLUE WATER SHIPPING A/S AND BLUE WATER SHIPPING U.S., INC. COUNTERCLAIM AGAINST PLAINTIFF APM TERMINALS PACIFIC LLC**<br><br>*Discovery cutoff:* Nov. 14, 2016<br>*Motion cutoff:* Nov. 21, 2016<br>*Pretrial Conference:* Dec. 16, 2016<br>*Trial:* Jan. 24, 2017 |

-1-
**THIRD-PARTY DEFENDANTS' COUNTERCLAIM AGAINST PLAINTIFF**
nydocs1-1067602.2

| | |
|---|---|
| v. | ) |
| BLUE WATER SHIPPING A/S, et al. | ) |
| Third-Party Defendants. | ) |
| | ) |
| BLUE WATER SHIPPING A/S AND BLUE WATER SHIPPING U.S., INC., | ) |
| Counter-Claimants, | ) |
| v. | ) |
| APM TERMINALS PACIFIC LLC, | ) |
| Counter-Defendants, | ) |
| | ) |
| AND ALL RELATED COUNTER AND CROSS-CLAIMS | ) |

Third-Party Defendants Blue Water Shipping A/S and Blue Water Shipping U.S., Inc. (jointly "Third-Party Defendants" or "Blue Water Shipping"), by and through their attorneys Anderson Kill, hereby COUNTERCLAIM against Plaintiff APM Terminals Pacific LLC's (hereinafter "APM" or "Plaintiff") Complaint in the above-captioned matter pursuant to FRCP 14(c), and Third-Party Defendants.

As and for a counterclaim against Plaintiff APM Terminals Pacific LLC ("Plaintiff"), Blue Water Shipping, under 28 U.S.C.A. § 1333(1) and within Fed. R. Civ. P. 9(h) alleges upon information and belief as follows:

## COUNTERCLAIM AGAINST PLAINTIFF FOR BREACH OF CONTRACT

1. Blue Water Shipping A/S provided freight forwarder and associated logistics services to Plaintiff for the transport of two Rubber Tire Gantry cranes (hereinafter "RTG cranes") from the port in Tacoma to Los Angeles under a contract with Plaintiff executed on or about December 11, 2014 (the

"Agreement").

2. Based upon the negotiations over terms of the transport, it was a material part of the Agreement that Plaintiff protect Blue Water Shipping from losses, costs, damages, fees and litigation risk as a result of damage or injury arising from the transport of the RTG cranes.

3. Under the Agreement, Plaintiff promised that it would protect the cargo against damage and loss through the purchase of cargo insurance.

4. Under the Agreement, Plaintiff promised that it would secure a waiver of subrogation by the cargo insurance company in favor of Blue Water Shipping.

5. These were material terms to the Agreement between Plaintiff and Blue Water Shipping A/S and Blue Water Shipping A/S would not have agreed to assist Plaintiff with the transport of the cranes without these protections.

6. To the extent that Plaintiff is not insured for the damage to the RTG cranes or to the extent that Plaintiff's cargo insurance company has initiated or assisted in this litigation that has enveloped Blue Water Shipping as Third-Party Defendants, then Plaintiff has breached its Agreement with Blue Water Shipping A/S, entitling Blue Water Shipping A/S to contract damages, consequential damages, as well as a recovery of the attorneys' fees and costs incurred by Blue Water Shipping A/S (the exact amount to be proven at trial) in defending against Plaintiff's claims, Defendant Pacific Crane's claims, and the cross-claims of the Nordholm Third-Party Defendants (as defined in the paragraph below).

## **PRAYER**

WHEREFORE, Blue Water Shipping prays for:

1. That judgment be rendered in favor of Blue Water Shipping on their Counterclaim against Plaintiff.

2. That Blue Water Shipping be awarded their costs of suit incurred in defense of this action;

-3-
**THIRD-PARTY DEFENDANTS' COUNTERCLAIM AGAINST PLAINTIFF**
nydocs1-1067602.2

3. For attorneys' fees, as applicable; and

4. For such other and further relief as the Court deems proper.

Dated: June 9, 2016                                        **ANDERSON KILL**

By: /s/ *Michael J. Stoner*

Michael J. Stoner
Pamela D. Hans
Joshua Gold
Attorneys for Third-Party Defendants
BLUE WATER SHIPPING US, INC.
and BLUE WATER SHIPPING A/S

-4-
**THIRD-PARTY DEFENDANTS' COUNTERCLAIM AGAINST PLAINTIFF**

nydocs1-1067602.2

# CERTIFICATE OF SERVICE

I, Michael J. Stoner, an attorney, hereby certify that on June 9, 2016, I caused a copy of the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Central District of California, on all parties registered for e-filing in Case Number **2:15-cv-09835-PA (AGRx)**. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

           **/s/ Michael J. Stoner**
           **MICHAEL J. STONER**