Neil B. Klein, Bar No. 142734
neilk@mckassonklein.com
Maria del Rocio Ashby, Bar No. 206282
mrashby@mckassonklein.com
**McKASSON & KLEIN LLP**
2211 Michelson Drive, Suite 320
Irvine, California 92612
Telephone: (949) 724-0200
Facsimile:   (949) 724-0201

Attorneys for: Plaintiff APM Terminals Pacific LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| APM TERMINALS PACIFIC LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC CRANE MAINTENANCE COMPANY, L.P.,<br><br>    Defendant.<br><br>AND RELATED COUNTER AND CROSSCLAIMS | Case No.:  15-cv-09835 PA (AGR)<br><br>IN ADMIRALTY<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Percy Anderson<br>Ctrm:   15 |

The parties in the above-entitled action, through their respective attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of the action, as follows:

1. The entire **Complaint** by APM Terminals Pacific LLP, including all causes of action alleged therein [Docket 1], is hereby dismissed with prejudice;

2. The entire **First Amended Third Party Complaint** by Pacific Crane Maintenance Company, L.P., including all causes of action alleged therein

-1-

[EMF 23], is hereby dismissed with prejudice;

3. The entire **Crossclaim** by Gregory Nordholm, Engineered Heavy Services, LLC, Nordholm Rentals, LLC and Gregory E. Nordholm P.S., including all causes of action alleged therein [Docket 59], is hereby dismissed with prejudice;

4. The entire **Counterclaim** by Gregory Nordholm, Engineered Heavy Services, LLC, Nordholm Rentals, LLC and Gregory E. Nordholm P.S., including all causes of action alleged therein [Docket 60], is hereby dismissed with prejudice;

5. The entire **Counterclaim** by Blue Water Shipping A/S and Blue Water Shipping U.S., Inc., including all causes of action alleged therein [Docket 62], is hereby dismissed with prejudice;

6. The entire **Counterclaim** by Blue Water Shipping A/S and Blue Water Shipping U.S., Inc., including all causes of action alleged therein [Docket 63], is hereby dismissed with prejudice;

7. The entire **Crossclaim** by Blue Water Shipping A/S and Blue Water Shipping U.S., Inc., including all causes of action alleged therein [Docket 64], is hereby dismissed with prejudice;

8. Each party shall bear its own attorney's fees and costs.

Dated: September 30, 2016

By: _____
Neil B. Klein
MCKASSON & KLEIN LLP
Attorneys for APM Terminals Pacific LLC

Dated: September 30, 2016

By: _____
Nicholas S. Politis
FLYNN DELICH & WISE, LLP
Attorneys for Pacific Crane Maintenance Company, L.P.

Dated: September 29, 2016

By: /s/ Joshua Gold
Joshua Gold
ANDERSON KILL, PC
*Attorneys for Blue Water Shipping A/S and Blue Water Shipping U.S., Inc.*

Dated: September 29, 2016

By: /s/ Michael J. Cummins
Michael J. Cummins
GIBSON ROBB & LINDH LLP
*Attorneys for Gregory Nordholm, Engineered Heavy Services, LLC, Nordholm Rentals, LLC and Gregory E. Nordholm P.S.*

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated therein against all parties, is hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: October ___, 2016

_____
Honorable Percy Anderson
United States District Judge